FLORENCE V. BENOLIEL, Respondent, *v.* ABRAHAM BENOLIEL et al., Appellants.

*Benoliel* v. *Benoliel*, 178 App. Div. 913, appeal dismissed.
(Submitted June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1917, which affirmed an order of Special Term granting a motion for judgment on the pleadings in an action for the admeasurement of dower.

The motion was was made upon the ground that the order of affirmance was unanimous; that permission to appeal had not been obtained, and that appellant had failed to file the required undertaking.

*Paul Gross* for motion.

*Leon Laski* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.